**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**THOMPSON BUILDERS, INC.**                                                    **PLAINTIFF**

**V.**                                   **CASE NO. 4:07CV0885**

**TRIPP CONSTRUCTION-ARKANSAS, INC.**
**and TRIPP CONSTRUCTION, INC.**                                   **DEFENDANTS**

<u>**ORDER**</u>

Pending is the parties joint motion to dismiss.  (Docket # 28).  For good cause shown,

Plaintiff's complaint is hereby dismissed with prejudice.  The Clerk is directed to close the case.

IT IS SO ORDERED this 6th day of May, 2008.

_____
James M. Moody
 United States District Judge